## Fleck *v.* Fleck, Appellant.

Argued November 20, 1975. *A. A. Bluestone,* for appellant; No appearance entered nor brief submitted for appellee.

Order affirmed.

## Franklin et ux. (et al., Appellants) *v.* Patterson et ux., et al.

Before DILLON, J., without a jury. Argued November 21, 1975. *Lee A. Montgomery,* with him *Norman D. Jaffe,* and *Galbreath, Braham, Gregg, Kirkpatrick, Jaffe & Montgomery,* for appellants; *Saul J. Bernstein,* with him *Bernstein and Campbell,* for appellees.

Decree affirmed.

## Glotz *v.* Erie Insurance Exchange, Appellant.

Before WOLFE, P. J. Argued November 19, 1975. *John F. Potter,* with him *MacDonald, Illig, Jones & Britton,* for appellant; *Bernard J. Hessley,* for appellee.

Judgment affirmed.